FILED
February 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                         DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ERIC ALAN RODRIGUEZ, SID #872680, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| § | SA-21-CV-01053-OLG |
| v. § | |
| § | |
| STATE OF TEXAS, ET AL., § | |
| § | |
| *Defendants*. § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of this Court's Order dismissing Plaintiff Eric Alan Rodriguez's *pro se* 42 U.S.C. § 1983 Civil Rights Complaint for failure to prosecute and comply with the Court's Orders, the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Eric Alan Rodriguez's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the Court's Orders.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 14th day of February, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge